**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

May 14, 2014

Douglas E. Cressler
Chief Deputy Clerk

Mr. James R. Wheaton
First Amendment Project
1736 Franklin Street, Ninth Floor
Oakland, CA 94612

**RE:    14-2063, Mocek v. City of Albuquerque, et al**
        Dist/Ag docket: 1:11-CV-01009-JB-KBM

Dear Counsel:

Our records indicate that you are not currently a member of the Tenth Circuit Bar. In that regard, please note 10th Circuit Rule 46.2, which states:

All attorneys, not previously admitted to the bar of this court, immediately upon filing a case or entering an appearance in a case in this Court, shall obtain from the clerk the necessary forms for admission upon written motion and shall promptly execute and return them. No attorney who has appeared in a case in this Court may withdraw without consent of the court.

You may obtain the Application and Oath for Admission form from our website at www.ca10.uscourts.gov. Please complete the form and submit it with a check for $225.00 payable to "Elisabeth A. Shumaker, Clerk". In the alternative, please note the court now accepts online payment for admission fees. Information regarding making online payments is also available on our website. The fee is waived if you represent the United States or any federal agency, or have been appointed by the court to represent a party on appeal. *See* 10th Cir. R. 46.2(B).

We urge you to complete your application promptly, as the failure to become admitted to the bar of the Tenth Circuit may result in your being stricken from this case.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/rls